119 A.3d 215

IN THE MATTER OF DANIEL J. ROY, AN ATTORNEY
AT LAW (ATTORNEY NO. 000691975).

July 2, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–273, concluding that **DANIEL J. ROY** of **MAPLEWOOD,** who was admitted to the bar of this State in 1975, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.7(a)(2) (conflict of interest), and good cause appearing;

It is ORDERED that **DANIEL J. ROY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.